

**Thomas G. Bruton**
CLERK

# UNITED STATES DISTRICT COURT
**NORTHERN DISTRICT OF ILLINOIS**
**327 SOUTH CHURCH STREET**
**ROCKFORD, ILLINOIS 61101**

November 8, 2021

RE:   Whipple v. Johnson & Johnson Consumer Inc.

**Case No:**   21 cv 50226

Dear Clerk:

Pursuant to the order entered by Honorable Iain D. Johnston on 10/25/2021, the above record

- ■   was electronically  transmitted to:  the District
     of New Jersey

Sincerely yours,

Thomas G. Bruton, Clerk

By:      /s/ Jaclyn Pieczkiewicz
         Deputy Clerk

New Case No. _____        Date _____

cc:      Non-ECF Attorneys and Pro se Parties